MARGARET HUGHES, Surviving Wife and Next of Kin of Mitchell K. Hughes, and MARGARET HUGHES, Administratrix of the Estate of Mitchell K. Hughes, Deceased, *Appellant*, v. BOARD OF PUBLIC UTILITIES and CITY OF KANSAS CITY, KANSAS, *Appellees*.

No. 47,695

Opinion filed June 14, 1975.

*John Shamberg,* of Schnider, Shamberg and May, Chartered, of Kansas City, argued the cause, and *Nolan J. Hepburn,* of Kansas City, Mo., was with him on the brief for the appellant.

*Philip C. Lorton,* of Kansas City, argued the cause, and *Donald E. Martin,* of Kansas City, was with him on the brief for the appellees.

*Per Curiam.* Affirmed.

FROMME, J., not participating.

STATE OF KANSAS, *Appellee,* v. SHELIA L. HUNTER, *Appellant.*

No. 47,718

Opinion filed July 17, 1975.

*Michael R. Elson,* of Wichita, argued the cause, and was on the brief for the appellant.

*Clifford Bertholf,* assistant district attorney, argued the cause, and *Curt T. Schneider,* attorney general, and *Keith Sanborn,* district attorney, were on the brief for the appellee.

SCHROEDER, J. Affirmed.

FROMME, J., not participating.